BAR ASSOCIATION OF GREATER CLEVELAND v. PROTUS.

[Cite as Bar Assn. v. Protus (1978), 53 Ohio St. 2d 43.]

(D. D. No. 77-5—Decided February 1, 1978.)

44

*Mr. David I. Sindell, Mr. Clarence L. Mollison* and *Mr. Thomas P. Mulligan,* for relator.
*Mr. Edwin Woodle,* for respondent.

*Per Curiam.* After a careful examination and review of the record in this case, this court concurs with the findings and recommendation of the Board of Commissioners on Grievances and Discipline.

The respondent, Samuel Protus, is indefinitely suspended from the practice of law.

*Judgment accordingly.*

O'NEILL, C. J., HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.